UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                        **RESCHEDULING NOTICE**

        -against -

QURAN NICHOLS,                                               12 Cr. 679 (ER)

                        Defendant.
-------------------------------------------------------x

The conference previously scheduled for October 28, 2020, is hereby **rescheduled for November 6, 2020, at 10:00 a.m.**  The conference will occur remotely and by telephone.  The parties are therefore directed to call the Court at (877) 411-9748 and enter access code 302 9857#.

Dated:  New York, New York
           October 16, 2020

                                                           s/ Jazmin Rivera
                                                       Jazmin Rivera,  Courtroom Deputy