UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                -against -

QURAN NICHOLS,

                          Defendant.
-------------------------------------------------------x

**RESCHEDULING NOTICE**

12 Cr. 679 (ER)

The conference previously scheduled for November 6, 2020, is hereby **rescheduled for November 20, 2020, at 10: a.m.**  The conference will occur remotely and by telephone.  The parties are therefore directed to call the Court at (877) 411-9748 and enter access code 302 9857#.

Dated:  New York, New York
         November 6, 2020

                                                    s/ Jazmin Rivera
                                                 Jazmin Rivera,  Courtroom Deputy