UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
UNITED STATES OF AMERICA,

              -v-

QURAN NICHOLS

              Defendant.
-------------------------------------------------------- X

ORDER

12-CR-679 (ER)

Ramos, D.J.:

The violation of supervised release conference previously scheduled for December 16, 2020, is hereby **rescheduled for December 17, 2020, at 9:00 a.m.**

The conference will occur remotely and by telephone.  Counsel is directed to call **(877) 411-9748** and use access code **3029857#** when prompted.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

    It is SO ORDERED.

Dated: December 11, 2020
       New York, New York

_____
Edgardo Ramos, U.S.D.J.