UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,              :
                                                 :                      ORDER
         -v-                                      :
                                               :
QURAN NICHOLS                          :           12-CR-679 (ER)
                                               :
               Defendant.       :
-------------------------------------------------------X

Ramos, D.J.:

The violation of supervised release conference previously scheduled for 10:00 a.m. on February 25, 2021, is hereby **rescheduled for 9:00 a.m. on February 25, 2021.**

The conference will occur remotely and by telephone.  Counsel is directed to call **(877) 411-9748** and use access code **3029857#** when prompted.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

      It is SO ORDERED.

Dated: February 23, 2021
       New York, New York

_____
Edgardo Ramos, U.S.D.J.