

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __4/8/2021__
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 6, 2020

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Quran Nichols*, 12 Cr. 679 (ER)

Dear Judge Ramos:

    The Government respectfully submits this letter, with the defendant's consent, to request that the April 27, 2021 violation-of-supervised-release hearing be adjourned for 14 days. The defendant plans to resolve a parallel State proceeding focused on the same conduct at issue here and, thereafter, to resolve this matter without a hearing. A 14-day adjournment will afford Mr. Nichols additional time to ensure he can resolve his parallel State proceeding, thereby obviating the need for a hearing in this matter and allowing it to be disposed of through a guilty plea.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for
the Southern District of New York

By: _____/s/_____
Daniel H. Wolf
Assistant United States Attorney
(212) 637-2237

> The April 27, 2021 VOSR hearing is adjourned to May 11, 2021, at 10:30 a.m.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: ___4/8/2021___
> New York, New York

cc:  Mark DeMarco Esq. (via ECF)