USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  4/9/2021

**Mark S. DeMarco**
Attorney At Law
3867 East Tremont Avenue
Bronx, New York 10465
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

April 9, 2021

The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District New York
40 Foley Square
New York, NY  10007

**MEMO ENDORSED**

**BY ELECTRONIC MAIL & ECF**

            Re: *United States v. Quran Nichols*
               12 Cr. 679 (ER)

Your Honor:

  With the Government's consent, it is respectfully requested that the VOSR conference scheduled for May 11, 2021, be advanced to April 23, 2021, so that Mr. Nichols may resolve this case.

  Thank you for your attention to this matter.

              Respectfully submitted,

              *Mark S. DeMarco*

              Mark S. DeMarco

cc: Daniel Wolf, Esq.
   Assistant United States Attorney
   By Email

---

The May 11 VOSR conference is hereby adjourned to April 23, 2021 at 12:00 p.m. The conference will be held remotely and by telephone.  The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.
SO ORDERED.

              _____
              Edgardo Ramos, U.S.D.J
              Dated:  ___4/9/2021_____
              New York, New York